■ In the Matter of CECIL JONES, Petitioner, v DONALD SELSKY, as Director, Special Housing Unit, New York State Department of Correctional Services, Respondent. [855 NYS2d 410]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [Hugh A. Gilbert, J.], entered August 13, 2007) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.